UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. CR09-143-RAJ |
| v. | ) | |
| | ) | |
| BISMARK DANIEL SIMON, | ) | DETENTION ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Offenses charged:

Count 1-3:     Pharmacy Robbery, in violation of 18 U.S.C. § 2118(a)

Date of Detention Hearing:     June 5, 2009.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)     Defendant has a substantial addiction problem.

(2)     Defendant has gang affiliations.

(3)     Defendant is unemployed.

(4)     Defendant was on supervision when these events occurred - reflecting an inability to comply with supervision.

(5)     Defendant has a history of failures to appear.

01     (6)    There are no conditions or combination of conditions other than detention that

02 will reasonably assure the appearance of defendant as required or ensure the safety of the

03 community.

04     IT IS THEREFORE ORDERED:

05     (1)    Defendant shall be detained pending trial and committed to the custody of the

06     Attorney General for confinement in a correctional facility separate, to the

07     extent practicable, from persons awaiting or serving sentences or being held in

08     custody pending appeal;

09     (2)    Defendant shall be afforded reasonable opportunity for private consultation

10     with counsel;

11     (3)    On order of a court of the United States or on request of an attorney for the

12     government, the person in charge of the corrections facility in which defendant

13     is confined shall deliver the defendant to a United States Marshal for the

14     purpose of an appearance in connection with a court proceeding; and

15     (4)    The Clerk shall direct copies of this Order to counsel for the United States, to

16     counsel for the defendant, to the United States Marshal, and to the United

17     States Pretrial Services Officer.

18     DATED this 5th day of June, 2009.

19

20     *James P. Donohue*

    JAMES P. DONOHUE

21     United States Magistrate Judge

22

23

24

25

26

DETENTION ORDER     15.13
18 U.S.C. § 3142(i)     Rev. 1/91
PAGE 2